STATE v. FRED RUSSELL.
No. A-2753.   Opinion Filed August 4, 1917.
(165 Pac. 156.)
Appeal from County Court, Craig County;
E. M. Probasco, Judge.

Fred Russell was charged with crime, and from adverse judgment the State appeals.   Appeal dismissed.

S. P. Freeling, Atty. Gen., and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.  The Attorney General has filed a motion to dismiss this case, upon the ground that the state has not sufficient evidence upon which to base the charge, or sustain a conviction, should the case be further prosecuted.  The county attorney of Craig county, from which this appeal was taken, joins the Attorney General in asking that this case be dismissed.

This prosecution having been abandoned, it is therefore ordered by the court that the same be dismissed.

---

WILLIE WILLIAMS v. STATE.
No. A-2617.   Opinion Filed August 27, 1917.
(165 Pac. 1155.)
Appeal from County Court, Seminole County;
A. S. Norvell, Judge.

Willie Williams was convicted on a charge of carrying concealed weapons, and appeals.  Affirmed.

G. A. Outcelt and Robert Rowland, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for defendant in error.

PER CURIAM.  The plaintiff in error, Willie Williams, was convicted in the county court of· Seminole county on· a charge of carrying concealed weapons, and his punishment fixed at a fine of $25.  A careful examination of the record discloses no prejudicial error.

The judgment of the trial court is therefore affirmed.